UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of: | In Bankruptcy: |
| **CHANTEL RENAE DRAKE** | Case No. 18-52473-mlo<br>Chapter 7<br>Hon. Maria L. Oxholm |
| Debtor | |

## ORDER AUTHORIZING COMPROMISE

**THIS MATTER** having come before the Court upon the Trustee's Motion for Order Authorizing Trustee to Compromise Estate's Interest in Real Property (the "Motion"), Notice of the Motion having been served on all creditors and parties in interest listed on the court's mailing matrix, no objections nor requests for hearing having been filed, and the Court being otherwise duly advised in this matter,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the Trustee is authorized to execute a settlement agreement pursuant to the Motion, and therefore settle the estate's interest in 17055 George Washington, Southfield, MI 48075 (the "Property").

**IT IS FURTHER ORDERED** that within 7 days of entry of this Order, the Debtor shall amend her Schedule A/B and C to disclose her one-

half interest in the Property, and shall claim an exemption in the amount of $38,225.00 under Mich. Comp. Laws § 600.5451(1)(m)

**IT IS FURTHER ORDERED** that Debtor shall remit to the Trustee the sum of $15,000.00 within sixty (60) days following entry of an order approving this compromise. Debtor shall also provide to the Trustee her 2018 state and federal income tax returns within seven (7) days of filing, and shall remit any refunds received to the Trustee within seven (7) days of receipt. All funds shall be made payable to "Wendy Turner Lewis, Trustee" and sent to Trustee's counsel Peter F. Schneider at 645 Griswold St., Suite 3900, Detroit MI 48226.

**IT IS FURTHER ORDERED** that if the Debtor defaults on timely delivery of the above amounts, upon written notice of the default, sent to the Debtor, care of her counsel of record, and upon Debtor's failure to timely cure said default within 14 days, judgment in the amount of $15,000.00 plus the amount of any tax refunds due to the Debtor that are property of the estate (less any payments received prior to default), as well as attorney's fees and all other associated costs for the collection of the amount due shall enter against the Debtor, and the Trustee shall be entitled to pursue liquidation of the Property to satisfy said judgment.

**IT IS FURTHER ORDERED** that this Order shall have the same effect as a Judgment entered under Fed. R. Bankr. P. 7054, and all post-judgment remedies available at law shall be available to the Trustee or Trustee's assigns if Debtor defaults under the terms of this Order.

**Signed on January 04, 2019**



/s/ Maria L. Oxholm
Maria L. Oxholm
United States Bankruptcy Judge