Form:ntctfclm

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 18−52473−mlo
Chapter: 7

In Re: (NAME OF DEBTOR(S))
    Chantel Renae Drake
    17055 George Washington Dr.
    Southfield, MI 48075

Social Security No.:
    xxx−xx−1110

Employer's Tax I.D. No.:

## NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address above on or before:

**May 6, 2019**

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor's estate.

A Proof of Claim form ("Official Form 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A proof of claim may be mailed to the clerk's office for filing. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope.

There is no fee for filing the proof of claim.

**Any creditor who has previously filed a proof of claim in this case need not file another proof of claim.**

Dated: 2/6/19

                BY THE COURT

                Katherine B. Gullo , Clerk of Court
                U.S. Bankruptcy Court

```
                         United States Bankruptcy Court
                          Eastern District of Michigan
In re:                                                              Case No. 18-52473-mlo
Chantel Renae Drake                                                 Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0645-2          User: pskil                  Page 1 of 1            Date Rcvd: Feb 06, 2019
                              Form ID: ntctfclm            Total Noticed: 16
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2019.
```
db              +Chantel Renae Drake,    17055 George Washington Dr.,    Southfield, MI 48075-2960
25527727       ++BEAUMONT HEALTH SYSTEM,    PO BOX 5042,   TROY MI 48007-5042
                 (address filed with court: Beaumont Health Systems,     Attn: Bankruptcy Dept.,
                  750 Stephenson Highway,    P.O. Box 5042,   Troy, MI 48007)
25527728        Cach Llc/resurgent Cap,    C/o Resurgent Capital Services,    Greenville, SC 29602
25527736       +Leikin, Ingber & Winters, P.C.,    Attn: Bankruptcy Dept.,    3000 Town Center, Suite 2390,
                 Southfield, MI 48075-1387
25527739       +The Bureaus Inc,   1717 Central St,    Evanston, IL 60201-1507
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: FWTLEWIS.COM Feb 07 2019 04:28:00      Wendy Turner Lewis,    444 West Willis Street,
                 Suite #101,    Detroit, MI 48201-1748
25527729         EDI: CAPITALONE.COM Feb 07 2019 04:28:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
25527730        +EDI: CHASE.COM Feb 07 2019 04:28:00      Chase Card,   Po Box 15298,    Wilmington, DE 19850-5298
25527731        +E-mail/Text: bankruptcynotices@36thdistrictcourt.org Feb 06 2019 23:35:12
                 Clerk, 36th District Court,    DOC#GC1642867,    421 Madison Avenue,    Detroit, MI 48226-2358
25527732        +EDI: WFNNB.COM Feb 07 2019 04:28:00      Comenity Bank/limited,    Po Box 182789,
                 Columbus, OH 43218-2789
25527733        +EDI: WFNNB.COM Feb 07 2019 04:28:00      Comenitybank/victoria,    Po Box 182789,
                 Columbus, OH 43218-2789
25527734        +E-mail/Text: electronicbkydocs@nelnet.net Feb 06 2019 23:34:10       Dept Of Education/neln,
                 3015 Parker Rd,    Aurora, CO 80014-2904
25527735        +EDI: FORD.COM Feb 07 2019 04:28:00      Frd Motor Cr,   Po Box Box 542000,
                 Omaha, NE 68154-8000
25527737        +EDI: NAVIENTFKASMSERV.COM Feb 07 2019 04:28:00      Navient,   Po Box 9500,
                 Wilkes Barre, PA 18773-9500
25528524        +EDI: PRA.COM Feb 07 2019 04:28:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
25527738        +EDI: RMSC.COM Feb 07 2019 04:28:00      Syncb/jcp,   Po Box 965007,    Orlando, FL 32896-5007
                                                                                               TOTAL: 11

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2019 at the address(es) listed below:
          Michael George Ardelean    on behalf of Debtor Chantel Renae Drake edmi@arddun.com
          Peter F. Schneider    on behalf of Trustee Wendy Turner Lewis pete@detlegal.com, ecf@detlegal.com
          Wendy Turner Lewis    wtl@trustesolutions.net, trustee@lewistrustee.com
                                                                                               TOTAL: 3
```